

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Pablo MARTINEZ-Perez,<br><br>　　　　　　Defendant. | Magistrate Docket No. **24mj0420-SBC**<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1326 Deported Alien Found In The United States |

The undersigned complainant being, duly sworn, states:

On or about February 6, 2024, within the Southern District of California, defendant, Pablo MARTINEZ-Perez, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
Jesse Bojorquez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON FEBRUARY 7, 2024.

_____
HON. STEVE B. CHU
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Pablo MARTINEZ-Perez

## PROBABLE CAUSE STATEMENT

On February 6, 2024, Border Patrol Agent (BPA) S. Mejia, was conducting his assigned duties in the Boulevard Border Patrol Station's area of responsibility. Agent Mejia was wearing plain clothes with his Agency issued body armor on, clearly identifying himself as a Border Patrol Agent. He was operating in an unmarked vehicle, equipped with emergency lights and an audible police siren.

At approximately 4:15 p.m., Agent Mejia noticed a black, Toyota Camry with tinted windows travel eastbound on OH-80 at a high rate of speed, past his location. He conducted record checks on the vehicle which came back registered in Bellflower, California. Checks also revealed that the vehicle had no crossing history in the area. At approximately 4:16 p.m., Agent Mejia advised Border Patrol Agent O. Ortiz about the vehicle.

At approximately 4:18 p.m., Agent Ortiz relayed via Agency radio that he observed the black Toyota Camry in question pass his location. At approximately 4:22 p.m., BPA Ortiz and BPA Mejia initiated a vehicle stop. After the vehicle yielded, an individual later identified as defendant Pablo MARTINEZ-Perez ran away from the vehicle. After a brief pursuit he was detained by Agent Mejia. Agent Mejia conducted an immigration inspection. Defendant MARTINEZ stated he is a citizen of Mexico without immigration documents allowing him to enter or remain in the United States legally. At approximately 4:23 p.m., Agent Mejia placed MARTINEZ under arrest.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on November 16, 2023 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.